Rev. 6/03

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Pro se [Non-prisoner] Complaint Form

Juan Carlos Peraza )
(Your Name) )
      Plaintiff, )
)
)
v. ) Civil Action No. 13CV881
Rent-A-Center ) (to be assigned by the Clerk)
_____ )
_____ )
)
      Defendant(s). )

FILED OCT 0 3 2013

COMPLAINT

I.    JURISDICTION

_____

II.   PARTIES

A.   Plaintiff

      Name of Plaintiff: JUAN CARLOS PERAZA

      Address: 1828 Morgans Mill Way
      High Point, NC. 27265

B.   Defendant(s) (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

      Name of Defendant: RENT-A-CENTER

      Current Address: 5501 Headquarters Dr.
      Plano, TX. 75024

C. Additional Defendants (please provide the same information for each defendant as listed in Item B above):

N/A.

III. STATEMENT OF CLAIM
(State here as briefly as possible the **FACTS** of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. **DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES**. Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

I WAS HIRED AS A CUSTOMER ACCOUNT Representative at store #370 (Greensboro) IN FEBRUARY 2012 I Later voluntarily transferred to store #369 (High Point). MY IMMEDIATE SUPERVISOR WAS store MANAGER ERICK Rockhold. THE ASSISTANT MANAGER OF SALES WAS Robert BAKER AND THE Assistant MANAGER OF Collections WAS Camellia Clark. NONE ARE Hispanic.

AS EARLY AS JUNE 2012, I REPORTED THAT Hispanic Customers were overcharged by

III. STATEMENT OF CLAIM - continued.

Mrs. Clark. These overcharged never were posted in the computer system and the customers received wrong information from Mrs. Clark. (spanish speaking customers) I complained twice to Mr. Rockhold prior to contacting Human Resources via its toll free line in August 2012. Nothing was done to address my complaints. I also spoke with Mr. Baker about these issues and received no help from him because he said that Mrs. Clark was too good manipulating these situations with the support of Mr. Rockhold. Following my complaints, I began to be written up for excessive tardiness and for leaving work early. Christopher Sharpe (Black non-Hispanic) was regularly late/tardy and he was not disciplined as I was, but also, Mr. Rockhold allowed him to leave work early whenever he wanted. Finally on January 7, 2013, I reported my concerns to the District Manager. I met him at his office and presented my complaint with details of Hispanic being overcharged at store #369. I was rebuffed

AND Accused of only reporting this issue because of the write-ups I'd received. I told him that I had Reported this issue to Human Resources Department but he got more upset After I Said This. I was subsequently discharged without Receive any explanation of This decision, by THE District Manager.

I Believe that I have Been discriminated against and Discharged due TO my Race (white), National Origin (Hispanic), and in Retaliation For Complaints identifying Non-Hispanic Coworkers as those Responsible for overcharging Hispanic customers in Violation of Title VII of The Civil Rights Act of 1964, as amended.

IV. RELIEF

State briefly and exactly what relief you want from this court.

- Neutral References from Rent-A-Center, in order to get a new Job.
- Pay back
- Compensatory Damages

Signed this 2nd day of October, 2013.

*[Signature]*
Signature of plaintiff

1828 Morgans Mill Way
Address

High Point, NC 27265

(336) 944-3539
Telephone number