IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JUAN CARLOS PERAZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13-CV-881 |
| | ) | |
| RENT-A-CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On January 8, 2014, the Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and served on the parties. Plaintiff objected to part of the Recommendation, and asked that the case be stayed pending arbitration rather than dismissed. (Doc. 17.) The Court has reviewed de novo this aspect of the Magistrate Judge's report and has otherwise reviewed the Recommendation. For the reasons stated in footnote three of the Recommendation and in *McLaughlin v. Inmar*, 2012 WL 7176855 (M.D.N.C. Feb. 13, 2012), *aff'd*, 475 Fed.App'x 26 (4th Cir. 2012), the Court overrules the objection. The Magistrate Judge's Recommendation is adopted in full.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (Doc. 9) is **GRANTED.** Plaintiff shall submit his claims to arbitration in accordance with the terms of the Arbitration Agreement and this action is dismissed. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 30th day of January, 2014.

UNITED STATES DISTRICT JUDGE